Marc V. Kalagian
Attorney at Law: 149034
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.kalagian@rksslaw.com
Attorneys for Plaintiff
MARIA SOCORRO CABALLERO

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SOCORRO CABALLERO<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security.<br><br>Defendant. | Case No.: 2:16-cv-01113-EFB<br><br>STIPULATION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT<br><br>(FIRST REQUEST) |

Plaintiff Maria Socorro Caballero and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 45 days from October 28, 2016 to December 12, 2016 for Plaintiff to file a Motion for Summary Judgment, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly.

1    This is Plaintiff's first request for an extension. This request is made at the

2    request of Plaintiff's counsel to allow additional time to fully research the issues

3    presented.

4    DATE: October 27, 2016          Respectfully submitted,

5                                    ROHLFING & KALAGIAN, LLP

6                                    /s/ *Marc V. Kalagian*
                                     BY: _____

7                                        Marc V. Kalagian

8                                        Attorney for plaintiff Ms. Maria Socorro Caballero

9

10   DATE:  October 27, 2016
                                     PHILLIP A.TALBET
11                                   Acting United States Attorney

12

13                                       /s/ *Sundeep Patel*
                                     BY: _____
14                                       Sundeep Patel
                                         Special Assistant United States Attorney
15                                       Attorneys for defendant Carolyn W. Colvin
                                         |*authorized by e-mail|
16

17

18   DATED:  October 31, 2016.

19

20   IT IS SO ORDERED.
                                     EDMUND F. BRENNAN
21                                   UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

-2-